# UNITED STATES DISTRICT COURT

## Western District of Missouri

JOHN M. GASKIN AND RHONDA GASKIN

    v.

ARTHUR C. HOBGOOD

JUDGMENT IN A CIVIL CASE

Case Number: 08-4284-CV-C-MWJ

**x**    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

We, the jury, assess percentages of fault as follows:

Defendant Arthur Hobgood     100%
Plaintiff Rhonda Gaskin     -0-

On the claim of plaintiff John Gaskin, we, the jury, find the total amount of plaintiff John Gaskin's damages to be $12,000.

On the claim of plaintiff Rhonda Gaskin for damages due to injury to her husband, we, the jury, find that plaintiff Rhonda Gaskin did not sustain damage as a direct result of injury to her husband.

We, the jury, find the total amount of plaintiff Rhonda Gaskin's damages due to injury to her husband, disregarding any fault on the part of plaintiff Rhonda Gaskin, to be N/A.

ENTERED ON: October 15, 2010

ANN THOMPSON
Court Executive

Jackie Price
(By) Deputy Clerk